```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 06558
    LYDIA R JACKSON
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-8094


--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
        The case was filed on 06/07/2006 and was confirmed 09/14/2006.

        The plan was confirmed to pay secured creditors 100% and unsecured
   creditors   10.00%.

        The case was dismissed after confirmation 09/20/2007.
--------------------------------------------------------------------------
   CREDITOR NAME            CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------
   FISHER & SHAPIRO         NOTICE ONLY    NOT FILED              .00            .00
   IRWIN HOME EQUITY        CURRENT MORTG        .00              .00            .00
   MARCUS PERRES & ASSOC    NOTICE ONLY    NOT FILED              .00            .00
   NORTH SHORE HOLDINGS     CURRENT MORTG        .00              .00            .00
   NORTH SHORE HOLDINGS     MORTGAGE ARRE    9448.84              .00         1725.43
   WASHINGTON MUTUAL        CURRENT MORTG        .00              .00            .00
   WASHINGTON MUTUAL        MORTGAGE ARRE    3650.51              .00         3650.51
   FIRST CHICAGO BANK ONE   UNSECURED     NOT FILED              .00            .00
   BANK ONE                 UNSECURED     NOT FILED              .00            .00
   CAPITAL ONE BANK         UNSECURED     NOT FILED              .00            .00
   CAPITAL ONE BANK         UNSECURED     NOT FILED              .00            .00
   CAPITAL ONE BANK         UNSECURED     NOT FILED              .00            .00
   CITIBANK                 UNSECURED     NOT FILED              .00            .00
   CITIBANK                 UNSECURED     NOT FILED              .00            .00
   CONSECO FINANCE          UNSECURED     NOT FILED              .00            .00
   CONSECO FINANCE          UNSECURED     NOT FILED              .00            .00
   CROSS COUNTRY BANK       UNSECURED     NOT FILED              .00            .00
   FCNB MASTER TRUST        UNSECURED         817.62              .00            .00
   FIRST CONSUMERS NATIONAL UNSECURED     NOT FILED              .00            .00
   GINNYS                   UNSECURED     NOT FILED              .00            .00
   GINNYS                   UNSECURED     NOT FILED              .00            .00
   HARRIS BANK              UNSECURED     NOT FILED              .00            .00
   HFC USA                  UNSECURED     NOT FILED              .00            .00
   HFC USA                  UNSECURED     NOT FILED              .00            .00
   HFC USA                  UNSECURED     NOT FILED              .00            .00
   HONEY CREEK              UNSECURED     NOT FILED              .00            .00
   HSBC NV                  UNSECURED     NOT FILED              .00            .00
   BEST BUY/HRS USA         UNSECURED     NOT FILED              .00            .00
   JC PENNY                 UNSECURED     NOT FILED              .00            .00
   LOAN EXPRESS CO          UNSECURED     NOT FILED              .00            .00
   MIDLAND CREDIT MANAGEMEN UNSECURED     NOT FILED              .00            .00
   NBGL CARSONS             UNSECURED     NOT FILED              .00            .00

                       PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 06 B 06558 LYDIA R JACKSON
```

```
OLD KENT BANK              UNSECURED       NOT FILED              .00              .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED              .00              .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED              .00              .00
SEVENTH AVENUE             UNSECURED       NOT FILED              .00              .00
WORLD FINANCIAL NETWORK    UNSECURED        1187.01               .00              .00
WORLD FINANCIAL NETWORK    UNSECURED        1031.08               .00              .00
WORLD FINANCIAL NETWORK    UNSECURED        1061.59               .00              .00
BROTHER LOAN & FINANCE     UNSECURED         931.10               .00              .00
IRWIN HOME EQUITY          SECURED NOT I    3615.12               .00              .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        1596.72               .00              .00
FISHER & SHAPIRO           NOTICE ONLY    NOT FILED               .00              .00
*MACEY & ALEMAN            DEBTOR ATTY     2,000.00                          2,000.00
TOM VAUGHN                 TRUSTEE                                             445.06
DEBTOR REFUND              REFUND                                                  .00
```

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  7,821.00

PRIORITY                                                  .00
SECURED                                              5,375.94
UNSECURED                                                 .00
ADMINISTRATIVE                                       2,000.00
TRUSTEE COMPENSATION                                   445.06
DEBTOR REFUND                                             .00
                       ---------------        ---------------
TOTALS                   7,821.00                    7,821.00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 12/27/07                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                      PAGE   2
          CASE NO. 06 B 06558 LYDIA R JACKSON